IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

LEONARD SANDERS, Individually and on behalf of all those Similarly Situated,

Plaintiff,

v.

MPRI, INC., L-3 COMMUNICATIONS, L-3 COMMUNICATIONS CORPORATION, and L-3 SERVICES, INC.,

Defendants.

CIVIL ACTION NO. 5:08-cv-00345-R

**STIPULATED JUDGMENT APPROVING COLLECTIVE ACTION SETTLEMENT AND DISSMISSING ACTION**

Upon consideration of the parties' Joint Motion for Approval of Collective Action Settlement and Dismissal, and having reviewed the Motion and exhibits, and for good cause shown, it is **ORDERED, ADJUDGED** and **DECREED** that:

1. The settlement of this action as fully described in the Joint Motion: a) is fair to all parties, b) reasonably resolves a *bona fide* disagreement between the parties concerning the merits of the claims asserted in the action; and c) demonstrates a good faith intention by the parties that the claims be fully and finally resolved.

2. The court has conducted an analysis of the following factors, as articulated in *Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 717-19 (5th Cir.1974)*:  a) time and labor required, b) the novelty and difficulty of the

question presented by the case, c) the skill requisite to perform the legal service properly, d) the preclusion of other employment by the attorneys due to acceptance of the case, e) the customary fee, f) whether the fee is fixed or contingent, g) any time limitations imposed by the client or the circumstances, the amount involved and the results obtained, h) the experience, reputation and ability of the attorneys, i) the "undesirability" of the case, j) the nature and length of the professional relationship with the client, k) and awards in similar cases.  The Court finds that the balancing of these factors weighs heavily in favor of approving the fees and litigation cost that will be paid by the Defendants to Plaintiff 's counsel.

3. The settlement is therefore **APPROVED** by the Court.

4. This action is **DISMISSED WITH PREJUDICE.**

[intentionally left blank]

5. Each party shall bear his/her/its own costs and attorneys' fees except as other provided in by the settlement agreement.

IT IS SO ORDERED this 19th day of October, 2009.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

**APPROVED AND ENTRY REQUESTED:**

| | |
|---|---|
| /s/ Jeremi K. Young<br>Jeremi K. Young, OBA No. 22035<br>THE YOUNG LAW FIRM, P.C.<br>112 West 8th Avenue, Suite 900-D<br>Amarillo, Texas 79101<br>Telephone: (806) 331-1800<br>Facsimile: (806) 398-9095<br>jyoung@youngfirm.com<br><br>Tim Newsom, OBA No. 20017<br>Lovell, Lovell, Newsom & Isern, LLP<br>112 West 8th Avenue, Suite 1000<br>Amarillo, TX 79101<br>Telephone: (806) 373-1515<br>Facsimile: (806) 379-7176<br>tim@lovell-law.net<br><br>*Attorneys for Plaintiff* | C. Allen Foster<br>C. Allen Foster, DC Bar No. 411662<br>Craig A. Etter, VA Bar No. 44692<br>David S. Panzer, VA Bar No. 43085<br>David G. Thomas, MA Bar No. 640854<br>(admitted *pro hac vice*)<br>GREENBERG TRAURIG, LLP<br>1750 Tysons Boulevard, Suite 1200<br>McLean, VA 22102<br>Telephone: (703) 749-1300<br>Facsimile: (703) 749-1301<br>fostera@gtlaw.com<br>etterc@gtlaw.com<br>panzerd@gtlaw.com<br>thomasda@gtlaw.com<br><br>Michael D. O'Neal, OBA No. 20298<br>WILLIAMS BOX FORSHEE & BULLARD PC<br>522 Colcord Drive<br>Oklahoma City, OK 73102-2202<br>Telephone: (405) 232-0080<br>Facsimile: (405) 232-5814<br><br>*Attorneys for Defendants* |